SMB 8/4/08

FILED

08 AUG -4 AM 9:59

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Rebecca Cecelia CEPEDA** Defendant | Magistrate Case No. '08 MJ 2394 COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Aliens Without Presentation |

The undersigned complainant being duly sworn states:

On or about **July 31, 2008**, within the Southern District of California, defendant **Rebecca Cecelia CEPEDA**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Leonel OROZCO-Simental,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this **4th** day of **August, 2008**.

UNITED STATES MAGISTRATE JUDGE

DOA 7/31/08 cje

SMB 8/4/08

# PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Elizabeth Rangel- Machuca, declare under penalty of perjury the following to be true and correct:

The complainant states that **Leonel OROZCO-Simental** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 31, 2008, at about 11:00 p.m., **Rebecca Cecelia CEPEDA (Defendant)** waited at the vehicle entrance to make application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of white 2006 Dodge, Grand Caravan. During a pre-primary roving operation, a United States Customs and Border Protection (CBP) Canine Enforcement Officer along with his service Human/Narcotic detector Dog and a supporting CBP Officer, approached the vehicle Defendant occupied; the Human/Narcotic detector Dog instantly alerted to the undercarriage. The supporting CBP Officer initiated an inspection with Defendant, asked if she was brining anything from Mexico and inquired about her country of citizenship. The CBP Officer received a Customs negative declaration; Defendant stated she was not brining anything from Mexico and handed over her California Drivers License along with a Certification of Vital Record, issued by the state of California, as proof of her citizenship. The CBP Officer questioned Defendant regarding the ownership of the vehicle; Defendant replied that she borrowed the vehicle from her aunt. Defendant was questioned regarding her purpose for traveling to Mexico; Defendant state she was visiting friends. The CBP Officer observed Defendant experiencing sings of nervousness such as hands shaking and avoiding eye contact. The CBP Officer proceeding to conduct a vehicle inspection and discovered a human being concealed below the seat storage under the passenger seat. As a result, the CBP Officer placed handcuffs on the Defendant and escorted her to the Security Officer for initial processing. The vehicle was driven to Secondary Inspection.

In secondary, CBP Officers located a modified door panel on the floor of the van that lead to a natural storage intended to sore the rear passenger seats. CBP Officers searched for a release lever and where unsuccessful, CBP Officers were required to forcefully pull on the door panel, breaking the door, eventually exposing and freeing a trapped adult male. The male was found resting with his feet extended towards the right side of the vehicle and his head pointing towards the left side of the vehicle. The concealed male was determined to be citizens of Mexico without legal documents to enter the United States. The undocumented alien was retained as a material witness and is now identified as **Leonel OROZCO-Simental (Material Witnesses).**

During a videotaped proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit of counsel. Defendant denied having knowledge of concealed alien within the vehicle she was operating. Defendant stated she borrowed the vehicle from her aunt. Defendant stated she was returning home to Chula Vista, California and was going to park the vehicle on the street, outside her house until the following morning.

**PROBABLE CAUSE STATEMENT Cont…**

SMB
8/4/08

**PROBABLE CAUSE STATEMENT Cont...**
**Rebecca Cecelia CEPEDA**
**SYS-08-07-408/A89 850 614**

On separate videotaped interviews, material witnesses admitted he is a citizen of Mexico without legal documentation to enter into United States. Material Witness admitted he made arrangements with Defendant and agreed to pay her $500.00 (USD) in order to be smuggled into the United States. Material Witness stated it was Defendants idea to have him hide in the compartment. Material Witness admitted he was unable to extricate himself out of the compartment. Material Witness admitted he was going to Denver, Colorado to seek residency and employment.

Executed on this 1[st] day of **August 2008** at **1800**.

Elizabeth Rangel-Machuca/ CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(2)** page(s), I find probable cause to believe that the defendant named therein committed the offense on **July 31, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

8/2/08 11:30 am
DATE / TIME