# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Rebecca Cecelia Cepeda
Defendant(s)

CRIMINAL NO. 08CR2763-W 08 MJ 2394

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Leonel Orozco-Simental

DATED: 8/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk
V. Lee

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082